UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEREMY NELSON,

          Plaintiff,

  v.

F/V NORTH CAPE, et al.,

          Defendants.

CASE NO. C05-346JLR

MINUTE ORDER

    The following minute order is made by the direction of the court, the Honorable James L. Robart:

    The court conducted a teleconference yesterday on Plaintiff's motion to compel depositions and an inspection of the NORTH CAPE (Dkt. # 22). As stated during the teleconference, the court DENIES the motion, but directs defense counsel to contact Plaintiff's counsel if he learns the whereabouts or other updated contact information for either Dameon Pike or Bryan Graffing. Counsel shall also notify Plaintiff's counsel if the NORTH CAPE makes port in Seattle before trial. If it does, counsel should cooperate to permit a representative to take photographs aboard the vessel on Plaintiff's behalf, but the court will not permit new expert opinions based on those photographs.

MINUTE ORDER – 1

Filed and entered this 22nd day of December, 2005.

BRUCE RIFKIN, Clerk

By      s/Mary Duett
        Deputy Clerk

MINUTE ORDER – 2